### Sullivan *v.* The State.

Duckworth, Chief Justice. Under the principles ruled in the case of *Tatum* v. *State,* ante, this day decided, the court below erred in failing to grant a motion for new trial as amended.

*Judgment reversed. All the Justices concur.*

No. 16790. November 16, 1949.

*John S. Wood, D. Carl Tallant,* and *Herman J. Spence,* for plaintiff in error.

*Eugene Cook, Attorney-General, James T. Manning, Solicitor-General, William A. Ingram,* and *Rubye G. Jackson,* contra.